# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED APRIL 1, 2014

---

### NO. 03-12-00037-CV

---

**Pecos Downey, Appellant**

**v.**

**Danielle Downey, Appellee**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on July 8, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.